■ The People of the State of New York, Respondent, v James H. Jordan, Appellant. [661 NYS2d 816] —Judgment unanimously affirmed. Memorandum: The testimony of two prosecution witnesses, although inconsistent in some respects, was not incredible as a matter of law (see, People v Everett, 234 AD2d 915). The credibility of the witnesses and the weight to be accorded their testimony were matters for jury resolution (see, People v Gruttola, 43 NY2d 116, 122), and there is no basis in this record to disturb the jury's verdict (see, People v Bleakley, 69 NY2d 490, 495). We further conclude that the sentence is not unduly harsh or severe. (Appeal from Judgment of Niagara County Court, Hannigan, J.—Assault, 1st Degree.) Present—Denman, P. J., Green, Doerr, Balio and Boehm, JJ.

■ In the Matter of Charles A. Dingle, Appellant, v Philip Coombe, Jr., as Acting Commissioner of New York State Department of Correctional Services, et al., Respondents. [661 NYS2d 807] —Judgment unanimously affirmed without costs. Memorandum: We affirm for reasons stated in the decision at Supreme Court (Corning, J.). We add only that the contention of petitioner that the restriction placed on his correspondence violates his First Amendment right to freedom of association is without merit (see, Matter of Montgomery v Jones, 88 AD2d 1003, 1004). (Appeal from Judgment of Supreme Court, Cayuga County, Corning, J.—CPLR art 78.) Present—Denman, P. J., Green, Doerr, Balio and Boehm, JJ.